## EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS                                        $         10,036.84

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                                 $              0.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                    $         27,160.00*

*Items 2-10, Form 1, Exhibit C have exemptions.