UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| | ) | |
| Brenda Joyce Hodges, | ) | Case No. 06 - 2115 SA |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court
         219 S. Dearborn, Courtroom 682
         Chicago, Illinois 60604

   On:   **April 24, 2008**

   At:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
   a. Receipts                                  $10,036.84
   b. Disbursements                             $
   c. Net Cash Available for Distribution       $10,036.84

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee Fees (Eugene Crane) | $0 | $1,753.68 | $ |
| Trustee's Accountant (Popowcer Katten) | $0 | $ 798.00 | $ |
| Trustee's Firm Legal Fees & Expenses | $0 | $6,030.00 | $97.37 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

   Allowed Priority Claims are:

**Claim Number  Claimant                       Allowed Amt of Claim  Proposed Payment**
N/A

6. Claims of general unsecured creditors totaling $64,656.93 been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.10%.

   Allowed general unsecured claims are:

| Claim # | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Fin. Serv | $15,057.07 | $316.20 |
| 2 | Chase Bank USA. NA | $18,474.95 | $387.97 |
| 3 | Citibank (South Dakota) | $31,124.91 | $653.62 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee does not propose to abandon property at the hearing.

Dated: **March 26, 2008**            For the Court,

                                     By:

                                     **KENNETH S. GARDNER**
                                     Kenneth S . Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 South Dearborn, street, 7th Floor
                                     Chicago, IL 60604

Trustee:    **Eugene Crane, Esq.**

        **135 South La Salle Street**
        **Suite 3705**
        **Chicago, IL 60603**
        ecrane@craneheyman.com

Phone No.     (312) 836-4048

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1              Date Rcvd: Mar 26, 2008
Case: 06-02115                 Form ID: pdf002              Total Served: 13

The following entities were served by first class mail on Mar 28, 2008.
db           +Brenda Joyce Hodges,    4546 N Damen,    Apt #302,    Chicago, IL 60625-1648
aty          +Christy A Lingafelter,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
aty          +Crane, Heyman, Simon, Welch & Clar,    135 S LaSalle Ste 3705,    Chicago, IL 60603-4101
aty          +Lois West,    Popowcer Katten Ltd,    35 E Wacker Dr, Suite 902,    Chicago, Il 60601-2314
tr           +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
10629301      Chase,    Attn: Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
11036419     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10629299     +Citi Cards,    Bankruptcy Department,    PO Box 688912,    Des Moines, IA 50368-8912
11156166      Citibank ( South Dakota ) N.A.,    Exception Payment Processing,    P.O. Box 6305,
               The Lakes, NV 88901-6305
10629297      First National Bank of SC,    Attn: Bankruptcy Dept.,    801 Gilway St.,    Holly Hill, SC 29059
10629298     +Travis Hodges,    157 Edisto Dr.,    Santee, SC 29142-9404

The following entities were served by electronic transmission on Mar 27, 2008.
10629300      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2008 04:18:55     Discover Financial,
               Bankruptcy Department,    PO Box 15251,    Wilmington, DE 19886-5251
11024561      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2008 04:18:55
               Discover Bank/Discover Financial Services,    Po Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2008**          **Signature:** _Joseph Speetjens_